UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :          Docket No. CR 08-306
          vs.                     :
                                  :          Washington, D.C.
UNITED STATES PROTECTION          :     Wednesday September 9, 2009
AND INVESTIATIONS, LLC,           :             11:15 a.m.
DELMAR DWAYNE SPIER,              :
BARBARA EDENS SPIER,              :
                                  :
                    Defendants.:
------------------------------x

TRANSCRIPT OF PLEA
BEFORE THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:        JENNIFER TAYLOR, Esquire
                           DAVID J. GORMAN, Esquire
                           Assistant United States Attorneys
                           555 Fourth Street, NW
                           Washington, DC 20001


For Defendant USPI,        THOMAS SUDDATH, Esquire
Delmar Spier:              Reed Smith LLP
                           2500 One Liberty Place
                           1650 Market Street
                           Philadelphia, PA  19103


For Defendant Barbara      LISA PRAGER, Esquire
Edens Spier:               MICHELLE J. SHAPIRO, Esquire
                           Wilson Sonsini Goodrich & Rosati
                           1700 K Street, NW Fifth Floor
                           Washington, DC  20006-3817

Appearances continued:

Court Reporter:              CRYSTAL M. PILGRIM, RPR
                             United States District Court
                             District of Columbia
                             333 Constitution Avenue, NW
                             Room 4704
                             Washington, DC  20001


Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.

1          THE DEPUTY CLERK:  Criminal action 08-306 United

2   States of America versus Delmar Dwayne Spier and Barbara Edens

3   Spier.  For the government, Jennifer Taylor and David Gorman.

4   For the defense, Thomas Suddath, Lisa Prager and Michelle

5   Shapiro.  Defendants Delmar Spier and Barbara Spier are

6   present.

7          THE COURT:  Good morning everyone.

8          MS. TAYLOR:  Good morning, Your Honor.

9          MR. SUDDATH:  Good morning, Your Honor.

10          MS. SHAPIRO:  Good morning, Your Honor.

11          MS. PRAGER:  Good morning, Your Honor.

12          THE COURT:  I know that you have been negotiating up

13   till now for the plea agreements for Mr. and Mrs. Spier.  And I

14   would like somebody to point out to me because you didn't have

15   a chance to do it exactly what all of the changes are.  Is it

16   just to Mr. Spier's plea agreement or is it to both?

17          MS. TAYLOR:  Your Honor, there were small changes as

18   to the factual proffer parts of both of them and little knits

19   here and there as to the other parts.

20          THE COURT:  Okay, so you would say nothing

21   substantive?

22          MS. TAYLOR:  I would say nothing substantive.

23          THE COURT:  Well, I have an issue that I wanted to

24   raise with you in terms of the specificities that are in these

25   plea agreements.  I'm looking most specifically at the one with

1  Mr. Spier.  In paragraph C-3 on page six of the original draft,

2  I'm not quite sure where it is right now.

3      It says that the defendant is facing a possibility of

4  incarceration, fines, et cetera.  And says for instance counts

5  2 through 4 there's a possibility of ten years imprisonment,

6  three years supervised release, a fine of not more than

7  $10 million and a $100 special assessment.  It's a $100 special

8  assessment for each count.  Mr. Spier is pleading guilty or

9  would be pleading guilty to seven counts, that amounts to $700.

10 I want to be sure that Mr. Spier understands that, all right.

11     And then on page 8 in paragraphs D this is on

12 cooperation, 6-L and then N.  In each instance it says that the

13 government can determine in its sole discretion if the

14 defendant has not provided full and truthful cooperation

15 otherwise has breached the plea agreement.  Then in N it says

16 the decision both as to whether the defendant has violated the

17 terms of this agreement and the election of a remedy or

18 remedies will be in the sole discretion of the government.

19     I can't accept both of those.  Obviously the election of

20 remedies is for the government.  You're the prosecutor, you get

21 to decide what you want to do about it.  The decision as to

22 whether the defendant has violated the terms of his plea

23 agreement is a decision that the Court makes based on a

24 preponderance of the evidence, not based on beyond a reasonable

25 doubt.  And so we're going to have to write in here that it is

1  subject to the Court's finding that there's been a breech of

2  the agreement.

3          MS. TAYLOR:  I agree, Your Honor.  And in fact

4  counsel for Barbara Spier has suggested that and we agree.

5          THE COURT:  So if somebody wants to write that in in

6  both pages.  On my copy are pages 8 and 10 and then we need

7  have the defendants, here are the pleas.  I have all of the

8  paper up here, let me give it back.  We need each of the

9  defendants and the counsel for the defendants and prosecution

10 to initial those changes.

11        (Pause.)

12        THE COURT:  All right, are we ready?

13        THE DEPUTY CLERK:  Yes, Your Honor.

14        THE COURT:  Thank you, ma'am.

15        I think what we should do then is start with Mr. Spier

16 because he's first listed in the indictment.  If Mr. Spier and

17 his counsel would come forward.

18        MR. SUDDATH:  Good morning, Your Honor.

19        THE COURT:  Good morning, sir.

20     Mr. Spier, before I can take your plea, I have to ask

21 you a series of questions so that I'm confident that you know

22 what you're doing and you're doing so voluntarily.  Do you

23 understand?

24        THE DEFENDANT:  Yes, ma'am.

25        THE COURT:  All right.  I'm going to ask the

1  courtroom deputy to put you under oath so you have to tell the

2  truth just as if you were a witness on the witness stand.

3          (Defendant sworn.)

4          THE COURT:  All right.  Mr. Spier, how old are you?

5          THE DEFENDANT:  Seventy-three, I'll be seventy-four

6  shortly.

7          THE COURT:  Alrighty, how many years of school do you

8  have?

9          THE DEFENDANT:  High school with some college.

10         THE COURT:  Do you read and understand written

11 English?

12         THE DEFENDANT:  Yes, ma'am.

13         THE COURT:  Were you able to read and understand the

14 plea agreement that the government offered you?

15         THE DEFENDANT:  Yes, I have.

16         THE COURT:  Have you had a chance to talk to

17 Mr. Suddath about it?

18         THE DEFENDANT:  Yes, I have.

19         THE COURT:  Have you been satisfied with the advice

20 that he's given you on this matter?

21         THE DEFENDANT:  Yes, Your Honor.

22         THE COURT:  All right.  Are you here today under the

23 influence of any alcohol?

24         THE DEFENDANT:  No, Your Honor.

25         THE COURT:  Are you under the influence of any

1  illegal drugs?

2          THE DEFENDANT:  No.

3          THE COURT:  Are you under the influence of any

4  prescription drugs?

5          THE DEFENDANT:  No.

6          THE COURT:  All right.  Why don't you tell me in your

7  own words, don't worry about what the statute says.  What is it

8  that you will be pleading guilty to?

9          THE DEFENDANT:  I submitted false invoices for cars

10  and fuel to Louis Berger for repayment and then went to USAID.

11          THE COURT:  All right.  Go ahead please, I didn't

12  mean to interrupt.

13          THE DEFENDANT:  I knew that the invoice for the cars

14  and fuel was incorrect.

15          THE COURT:  All right.  Do you understand that if you

16  by pleading guilty to Count 1, let me find it here.

17       This plea agreement is not organized the way the U.S.

18  Attorneys office is organized.  It's all here, I just need to

19  find it.

20      (Pause.)

21          THE COURT:  Do you realize that the maximum term

22  under Count 1 for conspiracy would be five years imprisonment,

23  a three year period of supervised release, a fine of $250,000

24  or twice the gain to you and loss to the victim and a $100

25  special assessment?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  In Counts 2 through 4, major fraud,

3    you're facing a possibility of ten years imprisonment, a three

4    year period of supervised release, a fine of not more than

5    $10 million, a $100 special assessment on each count?

6          THE DEFENDANT:  Yes, Your Honor.

7          THE COURT:  And for Counts 5 through 7, wire fraud,

8    you're facing the maximum period of 20 years imprisonment, a 3

9    year period of supervised release, a fine of $250,000 or twice

10   the loss to the victim and $100 special assessment for each

11   count.

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  The factual basis for your plea is laid

14   out in two places in the plea agreement.  One is paragraph,

15   Section A which describes with particularity three vouchers

16   submitted by you by Lawrence Berger to USAID to repay USPI

17   voucher number 40 on 11/30/05, voucher number 51 on May 10,

18   '06, and voucher number 65 on February 5,'07.  And the

19   government says that it would be able to prove if this matter

20   went to trial that you and others engaged in conspiracy and

21   major fraud, that you were the chief executive officer and

22   managing director of USPI which stands for --

23         MR. SUDDATH:  US Protection Investigations LLC, Your

24   Honor.

25         THE COURT:  Mr. Suddath, I thank you.  Thank you,

1    sir.

2             MR. SUDDATH:  You're welcome.

3             THE COURT:  I'm sorry, it's just not organized in the

4    right way, it's not disorganized forgive me, it's not organized

5    in the right way my head is killing me.  USPI was a security

6    firm in Texas and Afghanistan, had a subcontract with Louis

7    Berger to assist in Afghanistan.  Submitted false vouchers for

8    automobiles, fuel and people.  False vouchers for people.

9    Starting in approximately January, 2004 and through 2007.  And

10   that the total value of this fraud amounted to $3 million.

11        Do you agree that if this matter had gone to trial, the

12   government would have been able to prove those facts?

13             THE DEFENDANT:  Yes, Your Honor.

14             MR. SUDDATH:  Your Honor if I may.

15             THE COURT:  Yes, sir.

16             MR. SUDDATH:  If I may.

17             THE COURT:  Please.

18             MR. SUDDATH:  The issue with regard to the actual

19   loss is a matter that we had reserved.

20             THE COURT:  To argue about.

21             MR. SUDDATH:  Pardon me?

22             THE COURT:  To argue about.

23             MR. SUDDATH:  To argue about, yes, Your Honor, at the

24   time of sentencing.

25             THE COURT:  Okay, then what you want to say is with

1    the reservations just mentioned by my lawyer, yes, Your Honor.

2           THE DEFENDANT:  With the reservations voiced by my

3    lawyer, yes, Your Honor.

4           THE COURT:  Exactly.  All right, I'll take that.

5           All right, you understand that you're going to pay

6    $700, well that's the full $700, that gets paid to the court

7    for each count.  You understand that?

8           THE DEFENDANT:  Yes, Your Honor.

9           THE COURT:  All right.  This is an agreement whereby

10   you have agreed to cooperate with the government.  The

11   cooperation is laid out in paragraph D, section D paragraph 6

12   of the plea agreement.  You agree to provide truthful complete

13   and accurate information and testimony.  You understand that?

14          THE DEFENDANT:  Yes, Your Honor.

15          THE COURT:  You agreed to provide all information

16   concerning your knowledge of and participation in any

17   violations of federal law, do you understand that?

18          THE DEFENDANT:  Yes, Your Honor.

19          THE COURT:  You agree that you will not falsely

20   implicate any person or entity or protect anybody through false

21   information or omission, do you understand that?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  You agree to testify truthfully as a

24   witness before a grand jury or a trial or any matter government

25   would need to you testify.

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  If you're a witness, you won't get paid

3 witness fees, do you understand that?

4          THE DEFENDANT:  I'm sorry.

5          THE COURT:  If the government calls you as a witness,

6 you will not get paid a witness fee, do you understand that?

7          THE DEFENDANT:  Yes, Your Honor.

8          THE COURT:  You agree to hold yourself reasonably

9 available to the government for questioning, do you understand

10 that?

11          THE DEFENDANT:  Yes, Your Honor.

12          THE COURT:  You being in Texas and they being here.

13 You agree to provide all documents and other items under your

14 control or which may come into your control which pertain to

15 any crime, do you understand that?

16          THE DEFENDANT:  Yes, Your Honor.

17          THE COURT:  And you may be asked and directed to

18 cooperate with the federal law enforcement or foreign law

19 enforcement agency, do you understand that?

20          THE DEFENDANT:  Yes, Your Honor.

21          THE COURT:  You will make complete financial

22 disclosure to the United States by truthfully executing the

23 sworn financial statement, do you understand that?

24          THE DEFENDANT:  Yes, Your Honor.

25          THE COURT:  No later than the end of this month?

1        THE DEFENDANT:  Yes, Your Honor.

2        THE COURT:  You understand that you're agreeing to

3 authorize the release to the United States of all financial

4 information requested by it allowing the United States to

5 obtain tax information, bank account records, credit history

6 and social security information?

7        THE DEFENDANT:  Yes, Your Honor.

8        THE COURT:  You agree to waive your rights to a

9 prompt sentencing so that you will have a chance to demonstrate

10 your cooperation?

11        THE DEFENDANT:  Yes, Your Honor.

12        THE COURT:  You agree that it's a condition of your

13 cooperation agreement that you not commit any additional crimes

14 after the date, after today's date?

15        THE DEFENDANT:  Yes, Your Honor.

16        THE COURT:  You agree that if the government

17 determines that it satisfies the Court based on a preponderance

18 of the evidence, that you have not provided full and truthful

19 information, acted contrary to the directions of government or

20 not provided information about your financial status or

21 otherwise violated any provision of this agreement, the

22 government could prosecute you for any federal crime.  It could

23 decline to file any motion to reduce your sentence under 5 K or

24 Rule 35.  It would be relieved of any obligations as to

25 recommendations for sentencing, and relieved of any

1   stipulations under the sentencing guidelines.  Do you

2   understand?

3             THE DEFENDANT:  Yes, Your Honor.

4             THE COURT:  So if you break the agreement by failing

5   to perform the way you promised, the government is free of its

6   responsibilities under this agreement, you understand that?

7             THE DEFENDANT:  Yes, Your Honor.

8             THE COURT:  But you would not be able to withdraw

9   your guilty pleas, do you understand that?

10            THE DEFENDANT:  Yes, Your Honor.

11            THE COURT:  And your cooperation will continue even

12  after the date of sentencing and again if the government

13  determines after your sentencing that there's a failure of

14  cooperation and satisfies the Court that there's a failure of

15  cooperation, then it be free to reinstate the charges against

16  you that is otherwise, there aren't any charges you're

17  otherwise dismissing are there, be able to charge you again and

18  litigate that issue, do you understand that?

19            THE DEFENDANT:  Yes, Your Honor.

20            THE COURT:  Now at sentencing the idea of your

21  cooperation is of course to get the government to explain to

22  the Court at sentencing that you have provided full cooperation

23  in which event the government has two options.  They can file a

24  motion under 5 K which is within the sentencing guidelines, and

25  that would free the Court to sentence you below the guideline

1  range.  Actually, I'm free to sentence you below the guideline

2  range anyway.  The other thing that the government can do is

3  file a motion under 18 U.S.C. 3553 (E) which would permit me to

4  sentence you below a mandatory minimum.  Are there any

5  mandatory minimums here?

6          MR. SUDDATH:  No, Your Honor.

7          MS. TAYLOR:  No.

8          THE COURT:  Okay, that's very interesting.  All

9  right, so there are no mandatory minimums, but the government

10 will decide on its own whether to file either or both of those

11 motions, do you understand that?

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  And the government agrees that any

14 self-incriminating evidence that you provide to them through

15 your cooperation will not be relied upon at sentencing, do you

16 understand that?

17         THE DEFENDANT:  Yes, Your Honor.

18         THE COURT:  Okay, and you waive any claim under this

19 plea agreement under the Hyde Amendment for attorneys fees and

20 other litigation expenses arising out of a litigation or

21 investigation of this matter, do you understand that?

22         THE DEFENDANT:  Yes, Your Honor.

23         THE COURT:  Now, when it comes to sentencing I will

24 have a presentence report which you will see and the probation

25 office will interview you, Mr. Suddath and you will have a

1  chance to make any corrections, it will come to me. I don't

2  have that report right now.  And so I don't know a whole lot

3  about your background.  I can't tell you how the sentence will

4  turn out, do you understand that?

5            THE DEFENDANT:  Yes, Your Honor.

6            THE COURT:  Has anybody promised you anything about

7  your sentence in order to get you to enter a plea?

8            THE DEFENDANT:  No, Your Honor.

9            THE COURT:  Has anybody made any threats to you to

10 get you to enter a plea?

11           THE DEFENDANT:  No, Your Honor.

12           THE COURT:  Okay, but if in the end the sentence is

13 more harsh than you expect you may not be able, you won't be

14 able to withdraw it, do you understand that?

15           THE DEFENDANT:  Yes, Your Honor.

16           THE COURT:  Your guilty plea, you won't be able to

17 withdraw your guilty plea.

18      All right, in return for the undertakings made by the

19 government and entering the plea agreement, you're also waiving

20 all rights to appeal or attack your conviction, or even make a

21 collateral attack by arguing that you had insufficient advice

22 of counsel.  Do you understand that?

23           THE DEFENDANT:  Yes, Your Honor.

24           THE COURT:  You have limited appeal rights.  If the

25 government appeals from the sentence, you can appeal from the

1    sentence.  If the government does not appeal, you may still

2    file a direct appeal, but argue only that the sentence exceeds

3    the statutory maximum, that I made an error in departing upward

4    under the sentencing guidelines or that the sentence was just

5    unreasonable, which is a standard that the Court of Appeals

6    uses for determining review of sentencing.

7         Do you understand that your rights to appeal are limited

8    to those issues?

9              THE DEFENDANT:  Yes, Your Honor.

10             THE COURT:  You're also waiving your rights to submit

11   any requests to the government under the Freedom of Information

12   Act for any materials related to this investigation, do you

13   understand that?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  And you're waiving your rights to have

16   DNA testing of the Government's evidence if you had an argument

17   that it wasn't you who touched the paper.  Maybe you'd have a

18   DNA need, but it's probably not much of a DNA need in this

19   particular case, but in any event you understand that if this

20   goes to trial in the future, the DNA evidence will not have

21   been saved, do you understand that?

22             THE DEFENDANT:  Yes, Your Honor.

23             THE COURT:  All right.

24         Now the parties have agreed to stipulations on the

25   sentencing guidelines.  They've agreed that you have

1  demonstrated acceptance of responsibility and so you should

2  have a decrease in your offense level by two, and that you have

3  assisted the government by entering a plea early which gives

4  you a third level off.  So that you would have level three

5  reduction in your offense level.  Other than that, the parties

6  haven't agreed to anything about sentencing, do you understand

7  that?  So Mr. Suddath will have an opportunity to make the

8  arguments he wants to make about the degree of loss and

9  whatever he wants to argue about how I should sentence you, do

10  you understand that?

11          THE DEFENDANT:  Yes, Your Honor.

12          THE COURT:  But if you, if the government discovers

13  that you have engaged in additional criminal conduct beyond the

14  scope of the indictment, the government is not precluded from

15  asking the Court to consider it as related conduct prior to

16  sentencing, do you understand that?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  The Court is required to order

19  restitution.  Here the victim is the United States Agency for

20  International Development.  Do you understand that once we

21  figure out how much money it's going to be, I will be ordering

22  restitution?

23          THE DEFENDANT:  Yes, Your Honor.

24          THE COURT:  You have agreed and the government has

25  agreed that if more than one defendant is convicted or enters a

1 plea of guilty, all defendants would be jointly and severally

2 liable for that amount.  And the amount here says the defendant

3 agrees to forfeit to the government voluntarily and immediately

4 all assets and their substitutes which are subject to

5 forfeiture.  The sum of $3 million which represents the

6 proceeds of the fraud.

7      Does that mean you haven't agreed to $3 million

8 Mr. Suddath?

9           MR. SUDDATH:  Your Honor, with regard to the

10 forfeiture that's the agreement we've reached.

11           THE COURT:  All right, you understand that, sir?

12           THE DEFENDANT:  Yes, Your Honor.

13           THE COURT:  Now you have constitutional rights here

14 and the constitution starts with the premise that you're

15 presumed innocent until proven guilty.  And that presumption is

16 a really strong barrier.  And what it means is that if you went

17 to trial, you decided to go to trial, you could challenge the

18 government's evidence.  You could cross-examine their

19 witnesses.  You could challenge their documents, that sort of

20 thing through counsel.  But you wouldn't have to prove anything

21 yourself.  You don't have any obligation to prove your

22 innocence.  They just have an obligation to prove your guilt

23 beyond a reasonable doubt to the satisfaction of 12 jurors who

24 have to be unanimous.

25           But you could, because you're presumed innocent, not do

1    anything.  You could sit at the table and just watch the show

2    and make the government prove its case.  You could of course

3    testify in your own defense.  You could call witnesses in your

4    own defense, but you wouldn't have to because you're presumed

5    innocent.  If you enter a guilty plea, it's just as if the jury

6    convicted you, do you understand that?

7              THE DEFENDANT:  Yes, Your Honor.

8              THE COURT:  And you're giving up your rights to go to

9    trial?

10             THE DEFENDANT:  Yes, Your Honor.

11             THE COURT:  Is there any other promises made that are

12   part of the plea agreement that I haven't mentioned?

13             MR. SUDDATH:  If I could have a moment, Your Honor?

14             THE COURT:  Yes.

15             MR. SUDDATH:  Thank you.

16             (Pause.)

17             MR. SUDDATH:  Your Honor, one other matter.  At the

18   conclusion of Mr. Spier's plea, government intends to dismiss

19   the indictment as to USPI.

20             THE COURT:  Yes, yes, I do understand that.  That's

21   undoubtedly part of the negotiation, but it's not reflected in

22   the plea agreement.

23             MR. SUDDATH:  That was by omission.

24             THE COURT:  Okay.

25             MR. SUDDATH:  Inadvertent omission, Your Honor.

1          THE COURT:  All right.  You understand that the

2    indictment will be dismissed against the corporation?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  And you are a U.S. citizen?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  Would there be a reason for you to plead

7    guilty other than the fact that you're guilty?

8          THE DEFENDANT:  I'm sorry.

9          THE COURT:  Is there any reason for you to plead

10   guilty other than the fact that you are guilty?

11         MR. SUDDATH:  Excuse me, Your Honor.

12         THE COURT:  Yes, it's all right.

13         (Pause.)

14         THE DEFENDANT:  I'm sorry.

15         THE COURT:  That's quite fine.

16      Would you be entering a plea of guilty for any reason

17   other than that you are guilty?

18         THE DEFENDANT:  No, Your Honor.

19         THE COURT:  All right.

20      Then are there any other questions that counsel believe

21   I should ask Mr. Spier before I take his plea?

22         MS. TAYLOR:  Not from the United States.

23         MR. SUDDATH:  No, Your Honor.

24         THE COURT:  All right, Mr. Spier, then let me ask you

25   formally.  Wait a minute, I have to go back to the beginning

1    and find it all.

2          How do you plead to Count 1 of the indictment which

3    charges you with conspiracy?

4          THE DEFENDANT:  Guilty.

5          THE COURT:  How do you plead to Counts 2, 3 and 4 of

6    the indictment which charge you with major fraud?

7          THE DEFENDANT:  Guilty.

8          THE COURT:  How do you plead to Counts 5, 6 and 7 of

9    the indictment which charge you with wire fraud?

10         THE DEFENDANT:  Guilty.

11         THE COURT:  All right.  Thank you, sir.

12     I will accept that guilty plea.  And I note that I have

13    here as well a waiver of trial by jury which has been signed by

14    Mr. Spier and Mr. Suddath as well as by Ms. Taylor.  And I will

15    sign and date it with today's date.

16         Part of the agreement Mr. Suddath was that the

17    government would not seek to have you held pending sentencing.

18    And I see no reason to hold you pending sentencing.  So you

19    will be released for the purposes of your cooperation under the

20    same terms of release that you have had prior to today.  So

21    that then you can complete your cooperation and we'll figure

22    out the schedule from there when we're finished with the other

23    plea, okay.

24         THE DEFENDANT:  Yes, Your Honor.

25         THE COURT:  Thank you, sir, you can sit down.

1          MR. SUDDATH:  Thank you, Your Honor.

2          THE COURT:  All right, would Ms. Spier come up.

3          MS. PRAGER:  Good morning, Your Honor.

4          THE COURT:  Good morning.

5          THE DEFENDANT:  Good morning.

6          THE COURT:  Ms. Spier, as with your husband I cannot

7    take a plea from you until I'm satisfied that you know what

8    you're doing and you're entering your plea voluntarily.  So I'm

9    going to be taking you through a series of questions and you'll

10   have to answer them truthfully.  I will have the courtroom

11   deputy put you under oath so that you must answer truthfully,

12   okay.

13          (Defendant sworn.)

14          THE COURT:  All right, Ms. Spier, tell me what it is

15   that you -- let me back up, I'm sorry.  Let me start at the

16   beginning.

17          How old are you ma'am?

18          THE DEFENDANT:  I'm sixty.

19          THE COURT:  How many years of school do you have?

20          THE DEFENDANT:  I have high school and some college.

21          THE COURT:  Can you read and understand the English

22   language?

23          THE DEFENDANT:  Yes.

24          THE COURT:  Were you able to read and understand the

25   plea agreement that the government offered to you?

1          THE DEFENDANT:  Yes.

2          THE COURT:  Have you been, have you had a chance to

3    talk to your counsel about the plea?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  And have you been satisfied with the

6    advice that they have provided to you?

7          THE DEFENDANT:  Yes.

8          THE COURT:  Are you here today under the influence of

9    any alcohol?

10          THE DEFENDANT:  No, Your Honor.

11          THE COURT:  Under the influence of any illegal drugs?

12          THE DEFENDANT:  No.

13          THE COURT:  Under the influence of any prescription

14    drugs?

15          THE DEFENDANT:  No.

16          THE COURT:  All right.

17          Tell me in your own words what it is you would be

18    pleading guilty to?

19          THE DEFENDANT:  Well, I agreed with others that in

20    order to obtain monies belongings to USAID, USPI employees

21    would create invoices in support of USPI's requests for that

22    expense reimbursement.

23          THE COURT:  All right.

24          So what you're pleading to is Count 1 which charges the

25    conspiracy?

1           THE DEFENDANT:  Yes, Your Honor.

2           THE COURT:  Joining with others to engage in illegal

3  conduct?

4           THE DEFENDANT:  Yes.

5           THE COURT:  In return for your guilty plea to Count

6  1, you understand the government agrees to dismiss Counts 2

7  through 7 against you?

8           THE DEFENDANT:  Yes, Your Honor.

9           THE COURT:  All right.  The government has proffered

10  some facts in support of your guilty plea indicating that

11  between June of 2003 and July of 2007.

12      You who were the president and owner of USPI conspired

13  with others to commit major fraud in that you had a subcontract

14  with Louis Berger in Afghanistan.  They had a main contract

15  with USAID and you and others submitted false invoices to Louis

16  Berger who in turn submitted them to USAID so that USPI was

17  paid for inflated expenses that it had not actually incurred.

18      Do you agree that if this matter went to trial, the

19  government would be able to demonstrate that you submitted

20  false invoices?

21           THE DEFENDANT:  Yes.

22           THE COURT:  You understand that by pleading guilty to

23  a conspiracy you're facing the possibility of five years in

24  prison, three years supervised release, a fine of $250,000 or

25  twice the amount of loss to the victim and a $100 special

1   assessment?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  The plea agreement at paragraph 5

4   indicates that you agreed to pay $200 before sentencing

5   actually, it's actually $100 because you're only pleading

6   guilty to one count.

7          MS. PRAGER:  Thank you, Your Honor.

8          THE COURT:  You're welcome.  Do you want me to write

9   that in here?

10          MS. PRAGER:  If you don't mind.  We would be happy to

11   initial it with the inclusion of the colloquy.

12          THE COURT:  Okay, and if you don't live up to the

13   terms of your plea agreement, your supervised release may be

14   ended, terminated and you may be immediately incarcerated, do

15   you understand that?

16          THE DEFENDANT:  Yes, ma'am.

17          THE COURT:  All right, this is a cooperation

18   agreement whereby you have agreed to provide truthful, complete

19   and accurate information and testimony to the government, do

20   you understand that?

21          THE DEFENDANT:  Yes, Your Honor.

22          THE COURT:  And you've agreed to provide all

23   information concerning your knowledge of and participation of

24   in any violations of federal, state or foreign law, do you

25   understand that?

1              THE DEFENDANT:  Yes, Your Honor.

2              THE COURT:  You have agreed that you will not falsely

3   implicate someone else or omit anything in order to protect

4   someone else, do you understand that?

5              THE DEFENDANT:  Yes, Your Honor.

6              THE COURT:  You've agreed that you will testify

7   truthfully before any grand jury hearing or trial if called

8   upon by the government?

9              THE DEFENDANT:  Yes, Your Honor.

10             THE COURT:  You understand that you won't be paid

11  witness fees if you have to testify?

12             THE DEFENDANT:  Yes.

13             THE COURT:  You agree to hold yourself reasonably

14  available for any interviews the government may require, do you

15  understand that?

16             THE DEFENDANT:  Yes, Your Honor.

17             THE COURT:  You agree to provide all documents or

18  other items under your control or which may come into your

19  control which pertain to any crime, do you understand that?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  Your cooperation will be provided to

22  federal, foreign and other law enforcement agencies, do you

23  understand that?

24             THE DEFENDANT:  Yes.

25             THE COURT:  You agree to make complete financial

1   disclosure to the United States, do you understand that?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  And you also are going to authorize

4   release to the United States financial information about you

5   that may be held by Treasury or the tax people or bank

6   accounts, credit history and those kinds of things, do you

7   understand that?

8          THE DEFENDANT:  Yes, Your Honor.

9          THE COURT:  You agree to waive prompt sentencing so

10  that there's an opportunity for you to provide cooperation to

11  the government?

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  You agree that you won't commit any

14  future crimes?

15         THE DEFENDANT:  Yes, Your Honor.

16         THE COURT:  And you agree that if the government

17  believes that you haven't lived up to the terms of your plea

18  agreement and satisfies me by preponderance of the evidence

19  that you haven't satisfied the terms of your plea agreement,

20  you'll still be bound by your guilty plea but the government

21  will no longer be bound by the terms the agreement and they can

22  prosecute you for the other charged crimes, do you understand

23  that?

24         THE DEFENDANT:  Yes, Your Honor.

25         THE COURT:  They could also just decline to file any

1  motions to reduce your sentence if they chose to do that, do

2  you understand?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  That's if you agree to the plea

5  agreement.  And your cooperation will continue potentially

6  after sentencing.  If the government determines after

7  sentencing and satisfies me by a preponderance of the evidence

8  that you've provided them false information or you failed to be

9  fully honest and candid with them in any way, they could file

10 motions to further prosecute you or change your sentence, do

11 you understand that?

12         THE DEFENDANT:  Yes, Your Honor.

13         THE COURT:  The government has agreed that any

14 self-incriminating information you provide by providing with

15 the government will not be used at sentencing and they won't

16 argue that your crimes are broader than the one you're pleading

17 guilty to because of information you've provided, do you

18 understand that?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  You are waiving any claim under the Hyde

21 Amendment for attorneys fees and other litigation expenses, do

22 you understand that?

23         THE DEFENDANT:  Yes.

24         THE COURT:  Now I think you were here when I

25 explained this to your husband.  There will be a presentence

1   investigation and report from the probation office to me about

2   your background, about the nature of the crimes, about how the

3   sentencing guidelines work and the other factors on which the

4   Court relies for sentencing.  You will see that. You'll have a

5   chance to make corrections before I see it.  But I don't have

6   that yet and so I have no idea how your sentencing may come

7   out.  Do you understand that?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  Did anybody promise you anything to get

10  you to enter into this plea?

11           THE DEFENDANT:  No, Your Honor.

12           THE COURT:  Did anybody threaten you in any way to

13  get you to enter into this plea?

14           THE DEFENDANT:  No.

15           THE COURT:  But you understand that after you enter

16  your plea, if the sentence turns out to be more harsh than you

17  hope you won't be a able to withdraw your plea?

18           THE DEFENDANT:  Yes.

19           THE COURT:  The other thing that you're doing is

20  waiving much of your rights to appeal, do you understand that?

21           THE DEFENDANT:  Yes.

22           THE COURT:  Or to complain later that your counsel

23  were ineffective, do you understand that?

24           THE DEFENDANT:  Yes, Your Honor.

25           THE COURT:  If the government appeals the sentence,

1  then you'll be able to appeal.  You have limited appeal rights.

2  Do you understand that?

3          THE DEFENDANT:  Yes.

4          THE COURT:  You might also be able to appeal if you

5  think that I've sentenced you above the statutory maximum, if

6  you think that I've erroneously departed upward from the

7  sentencing guidelines or if you think that the sentence is

8  unreasonable.  Do you understand?

9          THE DEFENDANT:  Yes, ma'am.

10          THE COURT:  But those are the only things that you

11  can appeal, do you understand that they're limited that way?

12          THE DEFENDANT:  Yes, Your Honor.

13          THE COURT:  And you've had a chance to talk to your

14  counsel about that?

15          THE DEFENDANT:  Yes.

16          THE COURT:  You've also agreed to waive your rights

17  under the Freedom of Information Act to seek any documentation

18  about the investigation or the prosecution here, do you

19  understand that?

20          THE DEFENDANT:  Yes.

21          THE COURT:  Under the Freedom of Information Act, the

22  citizens of this country can send a letter to a government

23  agency and say I'd like to see this, see how the government is

24  working.  But what you've done is say, I won't ask you about

25  this investigation and this prosecution.  Do you understand?

1          THE DEFENDANT:  Yes.

2          THE COURT:  Okay.  The parties have entered into a

3    couple of stipulations that effect sentencing although these

4    stipulations aren't binding on the Court.  One stipulation is

5    that the base offense level for Count 1 for you would be a

6    level 6, and that the loss amounts exceeded two and a half

7    million, but were less than 7 million increasing the offense

8    level by 18.  That you were a minimal participant in this

9    criminal activity so that you get a decrease of four and that

10   you have demonstrated acceptance of responsibility, so that you

11   get a further decrease of three which at the moment the parties

12   agree and stipulate that you would have an adjusted offense

13   level of 17.  Do you understand that?

14         THE DEFENDANT:  Yes, Your Honor.

15         THE COURT:  Nothing in this plea agreement prevents

16   you from seeking any departure or variance.  So even though a

17   stipulation is there as to what your guideline offense level

18   is, your counsel are still perfectly free to argue where I

19   should sentence you, do you understand that?

20         THE DEFENDANT:  Yes, Your Honor.

21         THE COURT:  All right.  And by entering a plea of

22   guilty you would also agree to forfeit to the United States all

23   assets and their substitutes which are subject to forfeiture in

24   the amount of the sum of $3 million.  This would be a joint and

25   several liability with any other defendants who enter guilty

1  pleas or are convicted in this matter, do you understand that?

2          THE DEFENDANT:  Yes.

3          THE COURT:  You look a little uncertain.

4          MS. PRAGER:  Excuse us, Your Honor.

5          THE COURT:  Yes.

6      (Pause.)

7          THE DEFENDANT:  Yes, Your Honor, I understand.

8          THE COURT:  Okay, good.

9      Now you understand that you have constitutional rights

10 here.  You have a constitutional right to confront anybody

11 charging you with the crime.  And you have a right to go to

12 trial and force the government to prove its case against you

13 and they would have to prove it beyond a reasonable doubt.

14 They would have to satisfy twelve jurors, have to be unanimous

15 in their opinion.  And you could challenge the government's

16 evidence by questioning your witnesses and by examing their

17 documents.  You could call witnesses on your own behalf.  You

18 could take the stand as a witness for yourself, or you could

19 just sit at counsel table and do nothing because you have no

20 obligation to prove your innocence.  It's all on the government

21 to prove your guilt beyond a reasonable doubt.

22      You understand that if you enter a guilty plea it's just

23 the same as if twelve jurors convicted you?

24          THE DEFENDANT:  Yes, Your Honor.

25          THE COURT:  And you're giving up your right to go to

1   trial?

2           THE DEFENDANT:  Yes.

3           THE COURT:  Is there any reason that you would be

4   entering a guilty plea other than that you're guilty?

5           THE DEFENDANT:  No, no, Your Honor.

6           THE COURT:  All right.

7       Are there any other questions that counsel for the

8   defense or the government believe that I should ask Mrs. Spier?

9           MS. TAYLOR:  None from the United States, Your Honor.

10          MS. PRAGER:  Not on behalf of Mrs. Spier.

11          THE COURT:  You are a citizen of the U.S. right?

12          THE DEFENDANT:  Yes, Your Honor.

13          THE COURT:  All right.  Well, I have the plea

14  agreement here that Mrs. Spier has signed with her counsel and

15  the government has signed.  I have the acknowledgment of waiver

16  of rights signed by Mrs. Spier and her counsel, and I have her

17  answers to my questions which persuade me that her plea would

18  be knowing and voluntary.

19          So Ms. Spier, let me ask you now formally, how do you

20  plead to Count 1 of the indictment which charges you with

21  conspiracy?

22          THE DEFENDANT:  Guilty.

23          THE COURT:  All right, ma'am, I'll accept that plea.

24  I also have the waiver of trial by jury here signed by

25  Mrs. Spier, her counsel and Ms. Taylor for the government and I

1    will sign and date that.

2         And we'll make the plea agreement -- we don't have a

3    separate factual proffer, but we'll make the waiver of rights

4    document part of the plea agreement.

5         All right, you may sit down now.

6              THE DEFENDANT:  Thank you.

7              THE COURT:  Again as with Mr. Spier, the Court finds

8    no reason to hold Mrs. Spier pending sentencing and agrees that

9    she can be released pending sentencing on the same terms of

10   release that she has been up to this date.

11        What is the period of time the government believes it

12   needs for full cooperation for these defendants?

13             MS. TAYLOR:  We believe it would be around ninety

14   days.

15             THE COURT:  Ninety days, okay.

16        Why don't we set a status conference then for ninety

17   days out and have the parties submit a tripartite joint

18   statement of status in 45 days.  So that if anything is not

19   going right, we can act sooner.

20        Is there anything else that we need to address relative

21   to the pleas of the Spiers?  You need to dismiss the

22   corporation I believe.

23             MS. TAYLOR:  Right, the government would now move to

24   dismiss USPI, United States Protection and Investigations LLC

25   without prejudice from the indictment.

1            THE COURT:  All right.  The Court grants that motion

2    to dismiss United States Protection and Investigations.

3            MS. TAYLOR:  United States Protection and

4    Investigations.

5            THE COURT:  LLC, without prejudice.  So is there

6    anything else we need to address for purposes of the pleas?

7            MR. SUDDATH:  No, Your Honor.

8            MS. PRAGER:  Not on behalf of Mrs. Spier.

9            MS. TAYLOR:  No, Your Honor.

10           THE COURT:  All right, then that part of the hearing

11   is done and we will move on to the rest of the hearing, which

12   concerns Mr. Dupre, right?

13           MS. PRAGER:  Your Honor, will the Court issue a

14   scheduling order with specific dates?

15           THE COURT:  Oh, we need the ninety days, sorry.  Yes,

16   that's very good of you to remind me.  I got there, but I just

17   didn't quite cross the finish line.

18           THE DEPUTY CLERK:  December the 11th at 10:30.

19           THE COURT:  Can you get here from Texas for that?

20           THE DEFENDANT:  Yes.

21           MS. PRAGER:  Fine for Mrs. Spier.

22           THE COURT:  Mr. Suddath?

23           MR. SUDDATH:  Yes, Your Honor, that's fine on behalf

24   of Mr. Spier.

25           THE COURT:  Ten-thirty.

1              MS. TAYLOR:  Yes, thank you, sorry.

2              THE COURT:  All right then, I think we need to change

3    people at counsel table.

4              (Proceedings adjourned at 12:05 p.m.)

5                              -oOo-

1                           CERTIFICATE

2          I certify that the foregoing is a true and correct

3    transcript, to the best of my ability, of the above pages, of

4    the stenographic notes provided to me by the United States

5    District Court, of the proceedings taken on the date and time

6    previously stated in the above matter.

7          I further certify that I am neither counsel for,

8    related to, nor employed by any of the parties to the action in

9    which this hearing was taken, and further that I am not

10   financially nor otherwise interested in the outcome of the

11   action.

12

13   _____            _____

     Crystal M. Pilgrim, RPR                 Date
14

15

16

17

18

19

20

21

22

23

24

25

**$**

$10 [2]   4/7 8/5
$10 million [2]   4/7 8/5
$100 [7]   4/7 4/7 7/24 8/5
   8/10 24/25 25/5
$200 [1]   25/4
$250,000 [3]   7/23 8/9
   24/24
$3 [4]   9/10 18/5 18/7
   31/24
$3 million [3]   9/10 18/5
   31/24
$700 [3]   4/9 10/6 10/6

**'**

'06 [1]   8/18

**–**

---------------------------
  1/8
-oOo [1]   36/5

**0**

05 [1]   8/17
08-306 [2]   1/4 3/1

**1**

10 [2]   5/6 8/17
10:30 [1]   35/18
11/30/05 [1]   8/17
11:15 [1]   1/6
11th [1]   35/18
12 [1]   18/23
12:05 [1]   36/4
1650 [1]   1/19
17 [1]   31/13
1700 [1]   1/22
18 [2]   14/3 31/8
19103 [1]   1/19

**2**

20 [1]   8/8
20001 [2]   1/16 2/4
20006-3817 [1]   1/22
2003 [1]   24/11
2004 [1]   9/9
2007 [2]   9/9 24/11
2009 [1]   1/5
2500 [1]   1/18

**3**

306 [2]   1/4 3/1
333 [1]   2/3
35 [1]   12/24
3553 [1]   14/3
3817 [1]   1/22

**4**

40 [1]   8/17
45 [1]   34/18
4704 [1]   2/4

**5**

5,'07 [1]   8/18
51 [1]   8/17
555 [1]   1/15

**6**

6-L [1]   4/12
65 [1]   8/18

**7**

7 million [1]   31/7

**A**

a.m [1]   1/6
ability [1]   37/3
able [13]   6/13 8/19 9/12
   13/8 13/17 15/13 15/14
   15/16 22/24 24/19 29/17
   30/1 30/4
about [20]   4/21 6/17 7/7
   9/20 9/22 9/23 12/20 15/3
   15/6 17/6 17/8 17/9 23/3
   27/4 29/1 29/2 29/2 30/14
   30/18 30/24
above [3]   30/5 37/3 37/6
accept [3]   4/19 21/12
   33/23
acceptance [2]   17/1 31/10
account [1]   12/5
accounts [1]   27/6
accurate [2]   10/13 25/19
acknowledgment [1]   33/15
act [4]   16/12 30/17 30/21
   34/19
acted [1]   12/19
action [3]   3/1 37/8 37/11
activity [1]   31/9
actual [1]   9/18
actually [4]   14/1 24/17
   25/5 25/5
additional [2]   12/13
   17/13
address [2]   34/20 35/6
adjourned [1]   36/4
adjusted [1]   31/12
advice [3]   6/19 15/21
   23/6
Afghanistan [3]   9/6 9/7
   24/14
after [7]   12/14 12/14
   13/12 13/13 28/6 28/6
   29/15
again [3]   13/12 13/17
   34/7
against [4]   13/15 20/2
   24/7 32/12
agencies [1]   26/22
agency [1]   11/19 17/19
   30/23
agree [21]   5/3 5/4 9/11
   10/12 10/19 10/23 11/8
   11/13 12/8 12/12 12/15
   24/18 26/13 26/17 26/25
   27/9 27/13 27/16 28/4
   31/12 31/22
agreed [16]   10/10 10/15
   16/24 16/25 17/6 17/24
   17/25 18/7 23/19 25/4
   25/18 25/22 26/2 26/6
   28/13 30/16
agreeing [1]   12/2
agreement [32]   3/16 4/15
   4/17 4/23 5/2 6/14 7/17
   8/14 10/9 10/12 12/13
   12/21 13/4 13/6 14/19
   15/19 18/10 19/12 19/22
   21/16 22/25 25/3 25/13
   25/18 27/18 27/19 27/21
   28/5 31/15 33/14 34/2
   34/4
agreements [2]   3/13 3/25
agrees [1]   14/13 18/3
   24/6 34/8
ahead [1]   7/11
aided [1]   2/7
alcohol [2]   6/23 23/9
all [48]
allowing [1]   12/4
Alrighty [1]   6/7
also [8]   15/19 16/10 27/3
   27/25 30/4 30/16 31/22
   33/24
although [1]   31/3
am [2]   37/7 37/9
Amendment [2]   14/19 28/21
AMERICA [2]   1/3 3/2
amount [4]   18/2 18/2
   24/25 31/24
amounted [1]   9/10
amounts [2]   4/9 31/6
answer [2]   22/10 22/11
answers [1]   33/17
any [46]
anybody [6]   10/20 15/6
   15/9 29/9 29/12 32/10
anything [9]   15/6 17/6
   18/20 19/1 26/3 29/9
   34/18 34/20 35/6
anyway [1]   14/2
appeal [11]   15/20 15/24
   15/25 16/1 16/2 16/7
   29/20 30/1 30/1 30/4
   30/11
appeals [3]   15/25 16/5
   29/25
APPEARANCES [2]   1/13 2/1
approximately [1]   9/9
are [31]   3/5 3/15 3/24
   5/6 5/7 5/12 6/4 6/22
   6/25 7/3 13/17 14/4 14/9
   16/7 18/4 19/11 20/4
   20/10 20/17 20/20 22/17
   23/8 27/3 28/16 28/20
   30/10 31/18 31/23 32/1
   33/7 33/11
aren't [2]   13/16 31/4
argue [7]   9/20 9/22 9/23
   16/2 17/9 28/16 31/18
arguing [1]   15/21
argument [1]   16/16
arguments [1]   17/8
arising [1]   14/20
around [1]   34/13
as [19]   3/17 3/19 4/16
   4/21 6/2 10/23 11/5 12/24
   17/15 19/5 19/19 21/13
   21/14 21/14 22/6 31/17
   32/18 32/23 34/7
ask [7]   5/20 5/25 20/21
   20/24 30/24 33/8 33/19
asked [1]   11/17
asking [1]   17/15
assessment [6]   4/7 4/8
   7/25 8/5 8/10 25/1
assets [2]   18/4 31/23
assist [1]   9/7
Assistant [1]   1/15
assisted [1]   17/3
attack [2]   15/20 15/21
attorneys [4]   1/15 7/18
   14/19 28/21
authorize [2]   12/3 27/3

## A

automobiles [1]   9/8
available [2]   11/9 26/14
Avenue [1]   2/3

## B

back [3]   5/8 20/25 22/15
background [2]   15/3 29/2
bank [2]   12/5 27/5
BARBARA [5]   1/7 1/20 3/2
 3/5 5/4
barrier [1]   18/16
base [1]   31/5
based [3]   4/23 4/24 12/17
basis [1]   8/13
be [49]
because [7]   3/14 5/16
 18/25 19/4 25/5 28/17
 32/19
been [9]   3/12 5/1 6/19
 9/12 16/21 21/13 23/2
 23/5 34/10
before [7]   1/10 5/20
 10/24 20/21 25/4 26/7
 29/5
beginning [2]   20/25 22/16
behalf [4]   32/17 33/10
 35/8 35/23
being [2]   11/12 11/12
believe [4]   20/20 33/8
 34/13 34/22
believes [2]   27/17 34/11
belongings [1]   23/20
below [3]   13/25 14/1 14/4
Berger [5]   7/10 8/16 9/7
 24/14 24/16
best [1]   37/3
between [1]   24/11
beyond [5]   4/24 17/13
 18/23 32/13 32/21
binding [1]   31/4
both [6]   3/16 3/18 4/16
 4/19 5/6 14/10
bound [2]   27/20 27/21
breached [1]   4/15
break [1]   13/4
breech [1]   5/1
broader [1]   28/16

## C

C-3 [1]   4/1
call [2]   19/3 32/17
called [1]   26/7
calls [1]   11/5
can [14]   4/13 5/20 13/23
 14/2 15/25 21/21 21/25
 22/21 27/21 30/11 30/22
 34/9 34/19 35/19
can't [2]   4/19 15/3
candid [1]   28/9
cannot [1]   22/6
cars [2]   7/9 7/13
case [3]   16/19 19/2 32/12
CERTIFICATE [1]   37/1
certify [2]   37/2 37/7
cetera [1]   4/4
challenge [3]   18/17 18/19
 32/15
chance [7]   3/15 6/16 12/9
 15/1 23/2 29/5 30/13
change [2]   28/10 36/2

changes [3]   3/17 3/17
 19/16 30/21
charge [3]   13/17 21/6
 21/9
charged [1]   27/22
charges [5]   13/15 13/16
 21/3 23/24 33/20
charging [1]   32/11
chief [1]   8/21
chose [1]   28/1
citizen [2]   20/4 33/11
citizens [1]   30/22
claim [2]   14/18 28/20
collateral [1]   15/21
college [2]   6/9 22/20
colloquy [1]   25/11
COLLYER [1]   1/10
COLUMBIA [2]   1/1 2/3
come [6]   5/17 11/14 15/1
 22/2 26/18 29/6
comes [1]   14/23
commit [3]   12/13 24/13
 27/13
complain [1]   29/22
complete [5]   10/12 11/21
 21/21 25/18 26/25
computer [1]   2/7
computer-aided [1]   2/7
concerning [2]   10/16
 25/23
concerns [1]   35/12
conclusion [1]   19/18
condition [1]   12/12
conduct [3]   17/13 17/15
 24/3
conference [1]   34/16
confident [1]   5/21
confront [1]   32/10
consider [1]   17/15
conspiracy [6]   7/22 8/20
 21/3 23/25 24/23 33/21
conspired [1]   24/12
constitution [2]   2/3
 18/14
constitutional [3]   18/13
 32/9 32/10
continue [2]   13/11 28/5
continued [1]   2/1
contract [1]   24/14
contrary [1]   12/19
control [4]   11/14 11/14
 26/18 26/19
convicted [4]   17/25 19/6
 32/1 32/23
conviction [1]   15/20
cooperate [2]   10/10 11/18
cooperation [18]   4/12
 4/14 10/11 12/10 12/13
 13/11 13/14 13/15 13/21
 13/22 14/15 21/19 21/21
 25/17 26/21 27/10 28/5
 34/12
copy [1]   5/6
corporation [2]   20/2
 34/22
correct [1]   37/2
corrections [2]   15/1 29/5
could [16]   12/22 12/22
 18/17 18/18 18/19 18/25
 19/1 19/2 19/3 19/13
 27/25 28/9 32/15 32/17
 32/18 32/18

counsel [17]   5/4 5/9 5/17
 15/19 18/20 20/20 23/3
 29/22 30/14 31/18 32/19
 33/7 33/14 33/16 33/25
 36/3 37/7
count [12]   4/8 7/16 7/22
 8/5 8/11 10/7 21/2 23/24
 24/5 25/6 31/5 33/20
country [1]   30/22
counts [7]   4/4 4/9 8/2
 8/7 21/5 21/8 24/6
couple [1]   31/3
course [2]   13/21 19/2
court [18]   1/1 2/2 2/2
 4/23 10/6 12/17 13/14
 13/22 13/25 16/5 17/15
 17/18 29/4 31/4 34/7 35/1
 35/13 37/5
Court's [1]   5/1
courtroom [2]   6/1 22/10
CR [1]   1/4
create [1]   23/21
credit [2]   12/5 27/6
crime [4]   11/15 12/22
 26/19 32/11
crimes [5]   12/13 27/14
 27/22 28/16 29/2
criminal [3]   3/1 17/13
 31/9
cross [2]   18/18 35/17
cross-examine [1]   18/18
CRYSTAL [2]   2/2 37/13

## D

D.C [1]   1/5
date [9]   12/14 12/14
 13/12 21/15 21/15 34/1
 34/10 37/5 37/13
dates [1]   35/14
DAVID [2]   1/14 3/3
days [5]   34/14 34/15
 34/17 34/18 35/15
DC [3]   1/16 1/22 2/4
December [1]   35/18
decide [2]   4/21 14/10
decided [1]   18/17
decision [3]   4/16 4/21
 4/23
decline [2]   12/23 27/25
decrease [3]   17/2 31/9
 31/11
defendant [11]   1/17 1/20
 4/3 4/14 4/16 4/22 6/3
 17/25 18/2 22/13 32/7
defendants [8]   1/8 3/5
 5/7 5/9 5/9 18/1 31/25
 34/12
defense [4]   3/4 19/3 19/4
 33/8
degree [1]   17/8
DELMAR [4]   1/6 1/18 3/2
 3/5
demonstrate [2]   12/9
 24/19
demonstrated [2]   17/1
 31/10
departed [1]   30/6
departing [1]   16/3
departure [1]   31/16
deputy [2]   6/1 22/11
describes [1]   8/15
determine [1]   4/13

## D

determines [3]   12/17
 13/13 28/6
determining [1]   16/6
Development [1]   17/20
Did [2]   29/9 29/12
didn't [3]   3/14 7/11
 35/17
direct [1]   16/2
directed [1]   11/17
directions [1]   12/19
director [1]   8/22
disclosure [2]   11/22 27/1
discovers [1]   17/12
discretion [2]   4/13 4/18
dismiss [5]   19/18 24/6
 34/21 34/24 35/2
dismissed [1]   20/2
dismissing [1]   13/17
disorganized [1]   9/4
DISTRICT [6]   1/1 1/1 1/11
 2/2 2/3 37/5
DNA [4]   16/16 16/18 16/18
 16/20
do [71]
Docket [1]   1/4
document [1]   34/4
documentation [1]   30/17
documents [4]   11/13 18/19
 26/17 32/17
does [2]   16/1 18/7
doing [4]   5/22 5/22 22/8
 29/19
don't [10]   7/6 7/7 15/1
 15/2 18/21 25/10 25/12
 29/5 34/2 34/16
done [2]   30/24 35/11
doubt [4]   4/25 18/23
 32/13 32/21
down [2]   21/25 34/5
draft [1]   4/1
drugs [4]   7/1 7/4 23/11
 23/14
Dupre [1]   35/12
DWAYNE [2]   1/6 3/2

## E

each [6]   4/8 4/12 5/8 8/5
 8/10 10/7
early [1]   17/3
EDENS [3]   1/7 1/21 3/2
effect [1]   31/3
either [1]   14/10
election [2]   4/17 4/19
else [4]   26/3 26/4 34/20
 35/6
employed [1]   37/8
employees [1]   23/20
end [2]   11/25 15/12
ended [1]   25/14
enforcement [3]   11/18
 11/19 26/22
engage [1]   24/2
engaged [2]   8/20 17/13
English [2]   6/11 22/21
enter [8]   15/7 15/10 19/5
 29/10 29/13 29/15 31/25
 32/22
entered [1]   31/2
entering [6]   15/19 17/3
 20/16 22/8 31/21 33/4

enters [1]   17/25
entity [1]   20/20
erroneously [1]   30/6
error [1]   16/3
Esquire [5]   1/14 1/14
 1/17 1/20 1/21
et [1]   4/4
even [3]   13/11 15/20
 31/16
event [2]   13/23 16/19
everyone [1]   3/7
evidence [9]   4/24 12/18
 14/14 16/16 16/20 18/18
 27/18 28/7 32/16
exactly [2]   3/15 10/4
examine [1]   18/18
examing [1]   32/16
exceeded [1]   31/6
exceeds [1]   16/2
Excuse [2]   20/11 32/4
executing [1]   11/22
executive [1]   8/21
expect [1]   15/13
expense [1]   23/22
expenses [3]   14/20 24/17
 28/21
explain [1]   13/21
explained [1]   28/25

## F

facing [4]   4/3 8/3 8/8
 24/23
fact [3]   5/3 20/7 20/10
factors [1]   29/3
facts [2]   9/12 24/10
factual [3]   3/18 8/13
 34/3
failed [1]   28/8
failing [1]   13/4
failure [2]   13/13 13/14
false [7]   7/9 9/7 9/8
 10/20 24/15 24/20 28/8
falsely [2]   10/19 26/2
February [1]   8/18
February 5, '07 [1]   8/18
federal [5]   10/17 11/18
 12/22 25/24 26/22
fee [1]   11/6
fees [4]   11/3 14/19 26/11
 28/21
Fifth [1]   1/22
figure [2]   17/21 21/21
file [7]   12/23 13/23 14/3
 14/10 16/2 27/25 28/9
financial [6]   11/21 11/23
 12/3 12/20 26/25 27/4
financially [1]   37/10
find [3]   7/16 7/19 21/1
finding [1]   5/1
finds [1]   34/7
fine [8]   4/6 7/23 8/4 8/9
 20/15 24/24 35/21 35/23
fines [1]   4/4
finish [1]   35/17
finished [1]   21/22
firm [1]   9/6
first [1]   5/16
five [2]   7/22 24/23
Floor [1]   1/22
force [1]   32/12
foregoing [1]   37/2
foreign [3]   11/18 25/24

26/22
forfeit [2]   18/3 31/22
forfeiture [3]   18/5 18/10
 31/23
forgive [1]   9/4
formally [2]   20/25 33/19
forward [1]   5/17
four [2]   6/5 31/9
Fourth [1]   1/15
fraud [8]   8/2 8/7 8/21
 9/10 18/6 21/6 21/9 24/13
free [5]   13/5 13/15 13/25
 14/1 31/18
Freedom [3]   16/11 30/17
 30/21
fuel [3]   7/10 7/14 9/8
full [5]   4/14 10/6 12/18
 13/22 34/12
fully [1]   28/9
further [4]   28/10 31/11
 37/7 37/9
future [2]   16/20 27/14

## G

gain [1]   7/24
get [11]   4/20 11/2 11/6
 13/21 15/7 15/10 29/9
 29/13 31/9 31/11 35/19
gets [1]   10/6
give [1]   5/8
given [1]   6/20
gives [1]   17/3
giving [2]   19/8 32/25
go [6]   7/11 18/17 19/8
 20/25 32/11 32/25
goes [1]   16/20
going [7]   4/25 5/25 10/5
 17/21 22/9 27/3 34/19
gone [1]   9/11
good [12]   3/7 3/8 3/9
 3/10 3/11 5/18 5/19 22/3
 22/4 22/5 32/8 35/16
Goodrich [1]   1/21
GORMAN [2]   1/14 3/3
got [2]   35/16
government [57]
government's [3]   16/16
 18/18 32/15
grand [2]   10/24 26/7
grants [1]   35/1
guideline [3]   13/25 14/1
 31/17
guidelines [6]   13/1 13/24
 16/4 16/25 29/3 30/7
guilt [2]   18/22 32/21
guilty [33]   4/8 4/9 7/8
 7/16 13/9 15/16 15/17
 18/1 18/15 19/5 20/7 20/7
 20/10 20/10 20/16 20/17
 21/4 21/7 21/10 21/12
 23/18 24/5 24/10 24/22
 25/6 27/20 28/17 31/22
 31/25 32/22 33/4 33/4
 33/22

## H

had [12]   6/16 9/6 9/11
 9/19 15/21 16/16 21/20
 23/2 24/13 24/14 24/17
 30/13
half [1]   31/6
happy [1]   25/10

**H**

harsh [2]   15/13 29/16
has [15]   4/14 4/15 4/16
 4/22 5/4 13/23 15/6 15/9
 17/24 21/13 24/9 28/13
 33/14 33/15 34/10
have [75]
haven't [5]   17/6 18/7
 19/12 27/17 27/19
he [2]   17/8 17/9
he's [2]   5/16 6/20
head [1]   9/5
hearing [4]   26/7 35/10
 35/11 37/9
held [2]   21/17 27/5
her [5]   33/14 33/16 33/16
 33/17 33/25
here [21]   3/19 4/25 5/7
 5/8 6/22 7/16 7/18 11/12
 14/5 17/19 18/2 18/13
 21/13 23/8 25/9 28/24
 30/18 32/10 33/14 33/24
 35/19
high [2]   6/9 22/20
his [3]   4/22 5/17 20/21
history [2]   12/5 27/6
hold [4]   11/8 21/18 26/13
 34/8
honest [1]   28/9
Honor [103]
HONORABLE [1]   1/10
hope [1]   29/17
how [14]   6/4 6/7 15/3
 17/9 17/21 21/2 21/5 21/8
 22/17 22/19 29/2 29/6
 30/23 33/19
husband [2]   22/6 28/25
Hyde [2]   14/19 28/20

**I**

I'd [1]   30/23
I'll [3]   6/5 10/4 33/23
I'm [13]   3/25 4/2 5/21
 5/25 9/3 11/4 14/1 20/8
 20/14 22/7 22/8 22/15
 22/18
I've [2]   30/5 30/6
idea [2]   13/20 29/6
illegal [3]   7/1 23/11
 24/2
immediately [2]   18/3
 25/14
implicate [2]   10/20 26/3
imprisonment [4]   4/5 7/22
 8/3 8/8
Inadvertent [1]   19/25
incarcerated [1]   25/14
incarceration [1]   4/4
inclusion [1]   25/11
incorrect [1]   7/14
increasing [1]   31/7
incriminating [2]   14/14
 28/14
incurred [1]   24/17
indicates [1]   25/4
indicating [1]   24/10
indictment [9]   5/16 17/14
 19/19 20/2 21/2 21/6 21/9
 33/20 34/25
ineffective [1]   29/23
inflated [1]   24/17

influence [6]   6/23 6/25
 7/20/8/2 23/11 23/13
information [17]   10/13
 10/15 10/21 12/4 12/5
 12/6 12/19 12/20 16/11
 25/19 25/23 27/4 28/8
 28/14 28/17 30/17 30/21
initial [2]   5/10 25/11
innocence [2]   18/22 32/20
innocent [3]   18/15 18/25
 19/5
instance [2]   4/4 4/12
insufficient [1]   15/21
intends [1]   19/18
interested [1]   37/10
interesting [1]   14/8
International [1]   17/20
interrupt [1]   7/12
interview [1]   14/25
interviews [1]   26/14
INVESTIATIONS [1]   1/6
investigation [5]   14/21
 16/12 29/1 30/18 30/25
Investigations [4]   8/23
 34/24 35/2 35/4
invoice [1]   7/13
invoices [4]   7/9 23/21
 24/15 24/20
is [53]
issue [4]   3/23 9/18 13/18
 35/13
issues [1]   16/8
it [36]   3/15 3/15 3/16
 4/2 4/3 4/12 4/15 4/21
 4/25 5/8 6/17 7/7 7/16
 7/19 8/19 12/4 12/17
 12/22 12/24 13/15 14/23
 15/1 15/14 16/17 17/15
 18/16 21/1 21/15 22/14
 23/17 24/17 25/11 29/5
 32/13 34/11 34/13
it's [14]   4/7 7/18 9/3
 9/4 9/4 12/12 16/18 17/21
 19/5 19/21 20/12 25/5
 32/20 32/22
items [2]   11/13 26/18
its [5]   4/13 13/5 14/10
 19/2 32/12

**J**

January [1]   9/9
JENNIFER [2]   1/14 3/3
Joining [1]   24/2
joint [2]   31/24 34/17
jointly [1]   18/1
JUDGE [1]   1/11
July [1]   24/11
June [1]   24/11
jurors [3]   18/23 32/14
 32/23
jury [5]   10/24 19/5 21/13
 26/7 33/24
just [13]   3/16 6/2 7/18
 9/3 10/1 16/4 18/22 19/1
 19/5 27/25 32/19 32/22
 35/16

**K**

killing [1]   9/5
kinds [1]   27/6
knew [1]   7/13
knits [1]   3/18

know [4]   3/12 5/21 15/2
 22/7
knowing [1]   33/18
knowledge [2]   10/16 25/23

**L**

laid [2]   8/13 10/11
language [1]   22/22
later [2]   11/25 29/22
law [5]   10/17 11/18 11/18
 25/24 26/22
Lawrence [1]   8/16
lawyer [2]   10/1 10/3
less [1]   31/7
let [6]   5/8 7/16 20/24
 22/15 22/15 33/19
letter [1]   30/22
level [9]   17/2 17/4 17/4
 17/5 31/5 31/6 31/8 31/13
 31/17
liability [1]   31/25
liable [1]   18/2
Liberty [1]   1/18
like [2]   3/14 30/23
limited [4]   15/24 16/7
 30/1 30/11
line [1]   35/17
LISA [2]   1/20 3/4
listed [1]   5/16
litigate [1]   13/18
litigation [3]   14/20
 14/20 28/21
little [2]   3/18 32/3
live [1]   25/12
lived [1]   27/17
LLC [4]   1/6 8/23 34/24
 35/5
LLP [1]   1/18
longer [1]   27/21
look [1]   32/3
looking [1]   3/25
loss [6]   7/24 8/10 9/19
 17/8 24/25 31/6
lot [1]   15/2
Louis [4]   7/10 9/6 24/14
 24/15

**M**

ma'am [7]   5/14 5/24 6/12
 22/17 25/16 30/9 33/23
machine [1]   2/6
made [4]   15/9 15/18 16/3
 19/11
main [1]   24/14
major [4]   8/2 8/21 21/6
 24/13
make [10]   11/21 15/1
 15/20 17/7 17/8 19/2
 26/25 29/5 34/2 34/3
makes [1]   4/23
managing [1]   8/22
mandatory [3]   14/4 14/5
 14/9
many [2]   6/7 22/19
Market [1]   1/19
materials [1]   16/12
matter [10]   6/20 8/19
 9/11 9/19 10/24 14/21
 19/17 24/18 32/1 37/6
maximum [4]   7/21 8/8 16/3
 30/5
may [14]   8/17 9/14 9/16

**M**

may... [11]   11/14 11/17
  15/13 16/1 25/13 25/14
  26/14 26/18 27/5 29/6
  34/5
May 10 [1]   8/17
Maybe [1]   16/17
me [23]   3/14 5/8 7/6 7/16
  9/4 9/5 9/21 14/3 15/1
  20/11 20/24 22/14 22/15
  22/15 23/17 25/8 27/18
  28/7 29/1 33/17 33/19
  35/16 37/4
mean [2]   7/12 18/7
means [1]   18/16
mentioned [2]   10/1 19/12
MICHELLE [1]   1/21 3/4
might [1]   30/4
million [8]   4/7 8/5 9/10
  18/5 18/7 31/7 31/7 31/24
mind [1]   25/10
minimal [1]   31/8
minimum [1]   14/4
minimums [2]   14/5 14/9
minute [1]   20/25
moment [2]   19/13 31/11
money [1]   17/21
monies [1]   23/20
month [1]   11/25
more [5]   4/6 8/4 15/13
  17/25 29/16
morning [10]   3/7 3/8 3/9
  3/10 3/11 5/18 5/19 22/3
  22/4 22/5
most [1]   3/25
motion [4]   12/23 13/24
  14/3 35/1
motions [3]   14/11 28/1
  28/10
move [2]   34/23 35/11
Mr [1]   3/16
Mr. [23]   3/13 4/1 4/8
  4/10 5/15 5/16 5/20 6/4
  6/17 8/25 14/25 17/7 18/8
  19/18 20/21 20/24 21/14
  21/14 21/16 34/7 35/12
  35/22 35/24
Mr. and [1]   3/13
Mr. Dupre [1]   35/12
Mr. Spier [12]   4/1 4/8
  4/10 5/15 5/16 5/20 6/4
  20/21 20/24 21/14 34/7
  35/24
Mr. Spier's [1]   19/18
Mr. Suddath [8]   6/17 8/25
  14/25 17/7 18/8 21/14
  21/16 35/22
Mrs. [9]   3/13 33/8 33/10
  33/14 33/16 33/25 34/8
  35/8 35/21
Mrs. Spier [9]   3/13 33/8
  33/10 33/14 33/16 33/25
  34/8 35/8 35/21
MS [1]   3/10
Ms. [6]   21/14 22/2 22/6
  22/14 33/19 33/25
Ms. Spier [4]   22/2 22/6
  22/14 33/19
Ms. Taylor [2]   21/14
  33/25
much [3]   16/18 17/21

29/20
must [1]   22/11
my [6]   5/6 9/5 10/1 10/2
  33/17 37/3

**N**

nature [1]   29/2
need [11]   5/6 5/8 7/18
  10/25 16/18 16/18 34/20
  34/21 35/6 35/15 36/2
needs [1]   34/12
negotiating [1]   3/12
negotiation [1]   19/21
neither [1]   37/7
ninety [4]   34/13 34/15
  34/16 35/15
no [26]   1/4 6/24 7/2 7/5
  11/25 14/6 14/7 14/9 15/8
  15/11 20/18 20/23 21/18
  23/10 23/12 23/15 27/21
  29/6 29/11 29/14 32/19
  33/5 33/5 34/8 35/7 35/9
None [1]   33/9
not [32]   4/2 4/6 4/14
  4/24 7/17 8/4 9/3 9/4 9/4
  10/19 11/6 12/13 12/18
  12/20 13/8 14/15 15/13
  16/1 16/18 16/20 17/14
  18/25 19/21 20/22 21/17
  24/17 26/2 28/15 33/10
  34/18 35/8 37/9
note [1]   21/12
notes [1]   37/4
nothing [4]   3/20 3/22
  31/15 32/19
now [12]   3/13 4/2 13/20
  14/23 15/2 16/24 18/13
  28/24 32/9 33/19 34/5
  34/23
number [3]   8/17 8/17 8/18
NW [3]   1/15 1/22 2/3

**O**

oath [2]   6/1 22/11
obligation [3]   18/21
  18/22 32/20
obligations [1]   12/24
obtain [2]   12/5 23/20
Obviously [1]   4/19
off [1]   17/4
offense [6]   17/2 17/5
  31/5 31/7 31/12 31/17
offered [2]   6/14 22/25
office [3]   7/18 14/25
  29/1
officer [1]   8/21
Oh [1]   35/15
okay [12]   3/20 9/25 14/8
  14/18 15/12 19/24 21/23
  22/12 25/12 31/2 32/8
  34/15
old [2]   6/4 22/17
omission [3]   10/21 19/23
  19/25
omit [1]   26/3
once [1]   17/20
one [8]   1/18 3/25 8/14
  17/25 19/17 25/6 28/16
  31/4
only [3]   16/2 25/5 30/10
oOo [1]   36/5
opinion [1]   32/15

opportunity [2]   17/7
  27/16
options [1]   13/23
order [5]   15/7 17/18
  23/20 26/3 35/14
ordering [1]   17/21
organized [4]   7/17 7/18
  9/3 9/4
original [1]   4/1
other [21]   3/19 11/13
  14/2 14/20 17/5 19/11
  19/17 20/7 20/10 20/17
  20/20 21/22 26/18 26/22
  27/22 28/21 29/3 29/19
  31/25 33/4 33/7
others [5]   8/20 23/19
  24/2 24/13 24/15
otherwise [5]   4/15 12/21
  13/16 13/17 37/10
out [10]   3/14 8/14 10/11
  14/20 15/4 17/21 21/22
  29/7 29/16 34/17
outcome [1]   37/10
own [6]   7/7 14/10 19/3
  19/4 23/17 32/17
owner [1]   24/12

**P**

p.m [1]   36/4
PA [1]   1/19
page [2]   4/1 4/11
pages [3]   5/6 5/6 37/3
paid [5]   10/6 11/2 11/6
  24/17 26/10
paper [2]   5/8 16/17
paragraph [5]   4/1 8/14
  10/11 10/11 25/3
paragraphs [1]   4/11
Pardon [1]   9/21
part [5]   19/12 19/21
  21/16 34/4 35/10
participant [1]   31/8
participation [2]   10/16
  25/23
particular [1]   16/19
particularity [1]   8/15
parties [6]   16/24 17/5
  31/2 31/11 34/17 37/8
parts [2]   3/18 3/19
Pause [5]   5/11 7/20 19/16
  20/13 32/6
pay [2]   10/5 25/4
pending [4]   21/17 21/18
  34/8 34/9
people [4]   9/8 9/8 27/5
  36/3
perfectly [1]   31/18
perform [1]   13/5
period [5]   7/23 8/4 8/8
  8/9 34/11
permit [1]   14/3
person [1]   10/20
persuade [1]   33/17
pertain [2]   11/14 26/19
Philadelphia [1]   1/19
PILGRIM [2]   2/2 37/13
Place [1]   1/18
places [1]   8/14
plea [53]
plead [6]   20/6 20/9 21/2
  21/5 21/8 33/20
pleading [9]   4/8 4/9 7/8

**P**

pleading... [6]   7/16
  23/18 23/24 24/22 25/5
  28/16
pleas [5]   5/7 13/9 32/1
  34/21 35/6
please [2]   7/11 9/17
point [1]   3/14
possibility [4]   4/3 4/5
  8/3 24/23
potentially [1]   28/5
PRAGER [2]   1/20 3/4
precluded [1]   17/14
prejudice [2]   34/25 35/5
premise [1]   18/14
preponderance [4]   4/24
  12/17 27/18 28/7
prescription [2]   7/4
  23/13
present [1]   3/6
presentence [2]   14/24
  28/25
president [1]   24/12
presumed [3]   18/15 18/25
  19/4
presumption [1]   18/15
prevents [1]   31/15
previously [1]   37/6
prior [2]   17/15 21/20
prison [1]   24/24
probably [1]   16/18
probation [2]   14/24 29/1
proceedings [3]   2/6 36/4
  37/5
proceeds [1]   18/6
produced [1]   2/6
proffer [2]   3/18 34/3
proffered [1]   24/9
promise [1]   29/9
promised [2]   13/5 15/6
promises [1]   19/11
prompt [2]   12/9 27/9
prosecute [3]   12/22 27/22
  28/10
prosecution [3]   5/9 30/18
  30/25
prosecutor [1]   4/20
protect [2]   10/20 26/3
PROTECTION [5]   1/5 8/23
  34/24 35/2 35/3
prove [10]   8/19 9/12
  18/20 18/21 18/22 19/2
  32/12 32/13 32/20 32/21
proven [1]   18/15
provide [9]   10/12 10/15
  11/13 14/14 25/18 25/22
  26/17 27/10 28/14
provided [9]   4/14 12/18
  12/20 13/22 23/6 26/21
  28/8 28/17 37/4
providing [1]   28/14
provision [1]   12/21
purposes [2]   21/19 35/6
put [2]   6/1 22/11

**Q**

questioning [2]   11/9
  32/16
questions [5]   5/21 20/20
  22/9 33/7 33/17
quite [3]   4/2 20/15 35/17

**R**

raise [1]   3/24
range [2]   14/1 14/2
reached [1]   18/10
read [4]   6/10 6/13 22/21
  22/24
ready [1]   5/12
realize [1]   7/21
really [1]   18/16
reason [6]   20/6 20/9
  20/16 21/18 33/3 34/8
reasonable [4]   4/24 18/23
  32/13 32/21
reasonably [2]   11/8 26/13
recommendations [1]   12/25
recorded [1]   2/6
records [1]   12/5
reduce [2]   12/23 28/1
reduction [1]   17/5
Reed [1]   1/18
reflected [1]   19/21
regard [2]   9/18 18/9
reimbursement [1]   23/22
reinstate [1]   13/15
related [3]   16/12 17/15
  37/8
relative [1]   34/20
release [10]   4/6 7/23 8/4
  8/9 12/3 21/20 24/24
  25/13 27/4 34/10
released [2]   21/19 34/9
relied [1]   14/15
relies [1]   29/4
relieved [2]   12/24 12/25
remedies [2]   4/18 4/20
remedy [1]   4/17
remind [1]   35/16
repay [1]   8/16
repayment [1]   7/10
report [3]   14/24 15/2
  29/1
Reporter [1]   2/2
represents [1]   18/5
requested [1]   12/4
requests [2]   16/11 23/21
require [1]   26/14
required [1]   17/18
reservations [2]   10/1
  10/2
reserved [1]   9/19
responsibilities [1]   13/6
responsibility [2]   17/1
  31/10
rest [1]   35/11
restitution [2]   17/19
  17/22
return [2]   15/18 24/5
review [1]   16/6
right [45]
rights [14]   12/8 15/20
  15/24 16/7 16/10 16/15
  18/13 19/8 29/20 30/1
  30/16 32/9 33/16 34/3
Room [1]   2/4
Rosati [1]   1/21
ROSEMARY [1]   1/10
RPR [2]   2/2 37/13
Rule [1]   12/24

**S**

same [3]   21/20 32/23 34/9

satisfaction [1]   18/23
satisfied [4]   4/5 6/19 22/7
  23/5 27/19
satisfies [4]   12/17 13/14
  27/18 28/7
satisfy [1]   32/14
saved [1]   16/21
say [5]   3/20 3/22 9/25
  30/23 30/24
says [7]   4/3 4/4 4/12
  4/15 7/7 8/19 18/2
schedule [1]   21/22
scheduling [1]   35/14
school [4]   6/7 6/9 22/19
  22/20
scope [1]   17/14
section [2]   8/15 10/11
security [2]   9/5 12/6
see [6]   14/24 21/18 29/4
  29/5 30/23 30/23
seek [2]   21/17 30/17
seeking [1]   31/16
self [2]   14/14 28/14
self-incriminating [2]
  14/14 28/14
send [1]   30/22
sentence [18]   12/23 13/25
  14/1 14/4 15/3 15/7 15/12
  15/25 16/1 16/2 16/4 17/9
  28/1 28/10 29/16 29/25
  30/7 31/19
sentenced [1]   30/5
sentencing [30]   9/24 12/9
  12/25 13/1 13/12 13/13
  13/20 13/22 13/24 14/15
  14/23 16/4 16/6 16/25
  17/6 17/16 21/17 21/18
  25/4 27/9 28/6 28/7 28/15
  29/3 29/4 29/6 30/7 31/3
  34/8 34/9
separate [1]   34/3
September [1]   1/5
series [2]   5/21 22/9
set [1]   34/16
seven [1]   4/9
seventy [2]   6/5 6/5
seventy-four [1]   6/5
Seventy-three [1]   6/5
several [1]   31/25
severally [1]   18/1
SHAPIRO [3]   1/21 3/5 3/10
she [2]   34/9 34/10
shorthand [1]   2/6
shortly [1]   6/6
should [6]   5/15 17/1 17/9
  20/21 31/19 33/8
show [1]   19/1
sign [2]   21/15 34/1
signed [5]   21/13 33/14
  33/15 33/16 33/24
sir [6]   5/19 9/1 9/15
  18/11 21/11 21/25
sit [4]   19/1 21/25 32/19
  34/5
six [1]   4/1
sixty [1]   22/18
small [1]   3/17
Smith [1]   1/18
so [27]   3/20 4/25 5/5
  5/21 5/22 6/1 12/9 13/4
  14/9 15/2 17/1 17/4 17/7
  21/18 21/20 22/8 22/11

| | | |
|---|---|---|
| **S** Case 1:08-cr-00306-RMC | supervised [6]   4/6, 7/23 8/4 8/10 24/24 29/13 | 11/25 12/21 13/6 14/18 14/19 15/7 16/18 16/19 |

so... [10]   23/24 24/16 27/9 29/6 31/9 31/10 31/16 33/19 34/18 35/5
social [1]   12/6
sole [2]   4/13 4/18
some [3]   6/9 22/20 24/10
somebody [2]   3/14 5/5
someone [2]   26/3 26/4
Sonsini [1]   1/21
sooner [1]   34/19
sorry [7]   9/3 11/4 20/8 20/14 22/15 35/15 36/1
sort [1]   18/19
special [6]   4/7 4/7 7/25 8/5 8/10 24/25
specific [1]   35/14
specifically [1]   3/25
specificities [1]   3/24
SPIER [34]   1/6 1/7 1/18 1/21 3/2 3/3 3/5 3/5 3/13 4/1 4/8 4/10 5/4 5/15 5/16 5/20 6/4 20/21 20/24 21/14 22/2 22/6 22/14 33/8 33/10 33/14 33/16 33/19 33/25 34/7 34/8 35/3 35/21 35/24
Spier's [2]   3/16 19/18
Spiers [1]   34/21
stand [2]   6/2 32/18
standard [1]   16/5
stands [1]   8/22
start [2]   5/15 22/15
Starting [1]   9/9
starts [1]   18/14
state [1]   25/24
stated [1]   37/6
statement [2]   11/23 34/18
STATES [20]   1/1 1/3 1/5 1/11 1/15 2/2 3/2 11/22 12/3 12/4 17/19 20/22 27/1 27/4 31/22 33/9 34/24 35/2 35/3 37/4
status [3]   12/20 34/16 34/18
statute [1]   7/7
statutory [2]   16/3 30/5
stenographic [1]   37/4
still [3]   16/1 27/20 31/18
stipulate [1]   31/12
stipulation [2]   31/4 31/17
stipulations [4]   13/1 16/24 31/3 31/4
Street [3]   1/15 1/19 1/22
strong [1]   18/16
subcontract [2]   9/6 24/13
subject [3]   5/1 18/4 31/23
submit [2]   16/10 34/17
submitted [6]   7/9 8/16 9/7 24/15 24/16 24/19
substantive [2]   3/21 3/22
substitutes [1]   18/4
sum [2]   18/5 31/24
SUDDATH [10]   1/17 3/4 6/17 8/25 14/25 17/7 18/8 21/14 21/16 35/22
suggested [1]   5/4
sum [2]   18/5 31/24

support [2]   23/21 24/10
sure [2]   4/2 4/10
sworn [3]   6/3 11/23 22/13

**T**

table [3]   19/1 32/19 36/3
take [5]   5/20 10/4 20/21 22/7 32/18
taken [2]   37/5 37/9
taking [1]   22/9
talk [3]   6/16 23/3 30/13
tax [2]   12/5 27/5
TAYLOR [4]   1/14 3/3 21/14 33/25
tell [5]   6/1 7/6 15/3 22/14 23/17
ten [3]   4/5 8/3 35/25
Ten-thirty [1]   35/25
term [1]   7/21
terminated [1]   25/14
terms [5]   3/24 4/17 4/22 21/20 25/13 27/17 27/19 27/21 34/9
testify [5]   10/23 10/25 19/3 26/6 26/11
testimony [2]   10/13 25/19
testing [1]   16/16
Texas [3]   9/6 11/12 35/19
than [13]   4/6 8/4 11/25 15/13 17/5 17/25 20/7 20/10 20/17 28/16 29/16 31/7 33/4
thank [10]   5/14 8/25 8/25 19/15 21/11 21/25 22/1 25/7 34/6 36/1
that [199]
that's [8]   10/6 14/8 18/10 19/20 20/15 28/4 35/16 35/23
their [6]   18/4 18/18 18/19 31/23 32/15 32/16
them [6]   3/18 14/14 22/10 24/16 28/8 28/9
then [15]   4/11 4/12 4/15 5/6 5/15 7/10 9/25 13/15 20/20 20/24 21/21 30/1 34/16 35/10 36/2
there [18]   3/17 3/19 13/16 13/17 14/4 14/9 19/11 20/6 20/9 20/20 21/22 28/25 31/17 33/3 33/7 34/20 35/5 35/16
there's [5]   4/5 5/1 13/13 13/14 27/10
these [3]   3/24 31/3 34/12
they [12]   11/12 13/23 18/22 23/6 24/14 27/21 27/25 28/1 28/9 28/15 32/13 32/14
they're [1]   30/11
They've [1]   16/25
thing [3]   14/2 18/20 29/19
things [2]   27/6 30/10
think [6]   5/15 28/24 30/5 30/6 30/7 36/2
third [1]   17/4
thirty [1]   35/25
this [31]   4/11 4/17 6/20 7/17 8/19 9/10 9/11 10/9

11/25 12/21 13/6 14/18 14/19 15/7 16/18 16/19 24/18 25/17 28/25 29/10 29/13 30/22 30/23 30/25 32/1 34/10 37/9
THOMAS [2]   1/17 3/4
those [7]   4/19 5/10 9/12 14/10 16/8 27/6 30/10
though [1]   31/16
threaten [1]   29/12
threats [1]   15/9
three [8]   4/6 6/5 7/23 8/3 8/15 17/4 24/24 31/11
through [9]   4/5 8/2 8/7 9/9 10/20 14/14 18/20 22/9 24/7
till [1]   3/13
time [3]   9/24 34/11 37/5
today [3]   6/22 21/20 23/8
today's [2]   12/14 21/15
total [1]   9/10
touched [1]   16/17
transcript [3]   1/10 2/6 37/3
transcription [1]   2/7
Treasury [1]   27/5
trial [13]   8/20 9/11 10/24 16/20 18/17 18/17 19/9 21/13 24/18 26/7 32/12 33/1 33/24
tripartite [1]   34/17
true [1]   37/2
truth [1]   6/2
truthful [4]   4/14 10/12 12/18 25/18
truthfully [5]   10/23 11/22 22/10 22/11 26/7
turn [2]   15/4 24/16
turns [1]   29/16
twelve [2]   32/14 32/23
twice [3]   7/24 8/9 24/25
two [4]   8/14 13/23 17/2 31/6

**U**

U.S [3]   7/17 20/4 33/11
U.S.C [1]   14/3
unanimous [2]   18/24 32/14
uncertain [1]   32/3
under [24]   6/1 6/22 6/25 7/3 7/22 11/13 12/23 13/1 13/6 13/24 14/3 14/18 14/19 16/4 16/11 21/19 22/11 23/8 23/11 23/13 26/18 28/20 30/17 30/21
understand [72]
understands [1]   4/10
undertakings [1]   15/18
undoubtedly [1]   19/21
UNITED [20]   1/1 1/3 1/5 1/11 1/15 2/2 3/1 11/22 12/3 12/4 17/19 20/22 27/1 27/4 31/22 33/9 34/24 35/2 35/3 37/4
unreasonable [2]   16/5 30/8
until [2]   18/15 22/7
up [9]   3/12 5/8 19/8 22/2 22/15 25/12 27/17 32/25 34/10
upon [2]   14/15 26/8

30/24 31/17 34/11
whatever [1]   17/10

when [3]   14/23 21/22
28/24
where [2]   4/2 31/18
whereby [2]   10/9 25/18
whether [3]   4/16 4/22
14/10
which [26]   8/15 8/22
11/14 11/14 13/23 13/24
14/3 14/24 16/5 17/3 18/4
18/5 21/2 21/6 21/9 21/13
23/24 26/18 26/19 29/3
31/11 31/23 33/17 33/20
35/11 37/9
who [5]   16/17 18/23 24/12
24/16 31/25
whole [1]   15/2
why [2]   7/6 34/16
will [34]   4/18 7/8 10/19
11/6 11/21 12/9 13/11
14/10 14/15 14/23 14/24
14/25 14/25 15/1 15/3
16/20 17/7 17/21 20/2
21/12 21/14 21/19 22/10
26/2 26/6 26/21 27/21
28/5 28/15 28/25 29/4
34/1 35/11 35/13
Wilson [1]   1/21
wire [2]   8/7 21/9
withdraw [4]   13/8 15/14
15/17 29/17
within [1]   13/24
without [2]   34/25 35/5
witness [9]   6/2 6/2 10/24
11/2 11/3 11/5 11/6 26/11
32/18
witnesses [4]   18/19 19/3
32/16 32/17
won't [8]   11/2 15/13
15/16 26/10 27/13 28/15
29/17 30/24
words [2]   7/7 23/17
work [1]   29/3
working [1]   30/24
worry [1]   7/7
would [33]   3/14 3/20 3/22
4/9 5/17 7/22 8/19 9/12
10/25 12/24 13/8 13/25
14/3 17/4 18/1 20/6 20/16
21/17 22/2 23/17 23/21
24/19 25/10 31/5 31/12
31/22 31/24 32/13 32/14
33/3 33/17 34/13 34/23
wouldn't [2]   18/20 19/4
write [3]   4/25 5/5 25/8
written [1]   6/10

**U**

upward [2]   16/3 30/6
us [2]   8/23 32/4
USAID [5]   7/10 8/16 23/20
24/15 24/16
used [1]   28/15
uses [1]   16/6
USPI [9]   1/17 8/16 8/22
9/5 19/19 23/20 24/12
24/16 34/24
USPI's [1]   23/21

**V**

value [1]   9/10
variance [1]   31/16
versus [1]   3/2
very [2]   14/8 35/16
victim [4]   7/24 8/10
17/19 24/25
violated [3]   4/16 4/22
12/21
violations [2]   10/17
25/24
voiced [1]   10/2
voluntarily [3]   5/22 18/3
22/8
voluntary [1]   33/18
voucher [3]   8/17 8/17
8/18
vouchers [3]   8/15 9/7 9/8

**W**

Wait [1]   20/25
waive [4]   12/8 14/18 27/9
30/16
waiver [4]   21/13 33/15
33/24 34/3
waiving [5]   15/19 16/10
16/15 28/20 29/20
want [4]   4/10 4/21 9/25
25/8
wanted [1]   3/23
wants [3]   5/5 17/8 17/9
was [7]   7/14 9/5 16/4
19/23 21/16 24/16 37/9
Washington [4]   1/5 1/16
1/22 2/4
wasn't [1]   16/17
watch [1]   19/1
way [7]   7/17 9/4 9/5 13/5
28/9 29/12 30/11
we [17]   5/4 5/6 5/8 5/12
5/15 9/19 17/20 25/10
34/2 34/13 34/16 34/19
34/20 35/6 35/11 35/15
36/2
we'll [3]   21/21 34/2 34/3
we're [2]   4/25 21/22
we've [1]   18/10
Wednesday [1]   1/5
welcome [2]   9/2 25/8
well [6]   3/23 10/6 21/13
21/14 23/19 33/13
went [4]   7/10 8/20 18/16
24/18
were [10]   3/17 6/2 6/13
8/21 22/24 24/12 28/24
29/23 31/7 31/8
what [15]   3/15 4/21 5/15
5/22 7/7 7/7 9/25 18/16
22/7 22/14 23/17 23/24

16/10 16/15 18/14 18/25
19/4 19/7 19/8 20/7 22/8 22/8
23/24 24/23 25/5 25/8
28/16 29/19 32/25 33/4
you've [7]   25/22 26/6
28/8 28/17 30/13 30/16
30/24
your [171]
yourself [4]   11/8 18/21
26/13 32/18

**Y**

year [3]   7/23 8/4 8/9
years [9]   4/5 4/6 6/7
7/22 8/3 8/8 22/19 24/23
24/24
yes [103]
yet [1]   29/6
you [303]
you'd [1]   16/17
you'll [4]   22/9 27/20
29/4 30/1
you're [28]   4/20 5/22
5/22 8/3 8/8 9/2 10/5
11/2 12/2 13/16 15/19