**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA,

      v.                                                                              CRIMINAL NO. 08-CR-306 (RMC)

UNITED STATES PROTECTION
      AND INVESTIGATIONS, LLC,
DELMAR DWAYNE SPIER,
BARBARA EDENS SPIER,
WILLIAM FELIX DUPRE
and
BEHZAD MEHR

---

## MOTION TO COMPEL IMMEDIATE DISCLOSURE OF RULE 16, *BRADY*, AND *GIGLIO*, MATERIAL

COMES NOW Defendant William Felix Dupre, by and through counsel, and hereby respectfully move the Court for an Order compelling the government to immediately produce any remaining discovery to which the Defendants are entitled under Fed. R. Crim. P. 16, as well as any exculpatory and impeaching evidence pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963), *Giglio v. United States*, 405 U.S. 150 (1972) and their progeny.  Specifically, Defendant seeks the following material:

    1.    Any remaining discovery materials that should have been turned over pursuant to Fed. R. Crim. P. 16;

    2.    Any and all materials, communications, statements, information, FBI 302s, and handwritten and informal notes from interviews with Mr. Dupre's co-defendants Mr. Delmar Spier, Mrs. Barbara Spier, and Mr. Behzad Mehr and any other alleged unindicted co-conspirators, including Mr. Daniel Bayes, that is in anyway favorable to Mr. Dupre, including information that is favorable to Mr. Dupre on the issues of guilt and/or punishment from both a

substantive perspective and an impeachment perspective and material tending to discredit the government's witnesses;

3. Any and all materials, communications, statements, information, FBI 302s, handwritten and informal notes from interviews with, and grand jury testimony from any current or former employee of Louis Berger Group, Inc., any current or former employee of USAID, and any other witness, regardless of whether the government intends to call that witness, that is in anyway favorable to Mr. Dupre, including information that is favorable to Mr. Dupre on the issues of guilt and/or punishment from both a substantive perspective and an impeachment perspective and material tending to discredit the government's witnesses;

4. Details of any immunity or other leniency agreements or, conversely, of any threats or indications of adverse action, between the government and any government witnesses including, but not limited to, Daniel Bayes, Patrick Gleason, David Phelan, Delmar Spier, and Barbara Eden Spier; and

5. Details of any agreements to communicate with authorities in other jurisdictions, including authorities in other countries, on behalf of a government witness.

This Motion is based upon Fed. R. Crim. Pro. 16; upon *Brady*, *Giglio* and their progeny; upon the Due Process Clause of the Fifth Amendment to the Constitution of the United States; the Confrontation Clause of the Sixth Amendment to the Constitution of the United States; the United States Attorneys' Manual; and other authority cited in the accompanying Memorandum in support of this Motion. The requests in this motion should not be construed as requests for grand jury transcripts or FBI 302 reports that fall under the Jencks Act.

Dated: March 7, 2010.

        Respectfully submitted,


        /s/ Brian S. Heslin
        Brian S. Heslin

        James P. McLoughlin, Jr.
        Alton L. Gwaltney, III
        Jenna L. Learoyd
        MOORE & VAN ALLEN PLLC
        100 North Tryon Street
        Suite 4700
        Charlotte, North Carolina 28202-4003
        Telephone:  704-331-1000
        Fax:  704-331-1159

        Attorneys for Defendant
        William Felix Dupre

## CERTIFICATE OF SERVICE

    I hereby certify that on March 7, 2010, I caused the **DEFENDANT WILLIAM F. DUPRE'S MOTION TO COMPEL IMMEDIATE DISCLOSURE OF RULE 16,** *BRADY***, AND** *GIGLIO* **MATERIAL** to be filed electronically with the Clerk of Court through ECF, and that service on the following will be accomplished by ECF sending an e-notice of the electronic filling to the following:

Jennifer Taylor
Joseph Anthony Capone
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave NW
Washington, DC  20005
jennifer.taylor3@usdj.gov
joe.capone@usdou.gov
(Attorneys for USA)

David John Gorman
Assistant United States Attorney
Office of the United States Attorney
   for the District of Columbia
555 Fourth Street, NW, Room 5828
Washington, DC 20530
david.gorman2@usdoj.gov
(Attorney for USA)

Eric A. Dubelier
REED SMITH LLP
1301 K Street, N.W.
Suite 1100, East Tower
Washington, DC 20005-3317
edubelier@reedsmith.com
(Attorney for Defendants U.S. Protection and Investigations, LLC and Delmar Dwayne Spier)

Thomas H. Suddath, Jr.
Timothy P. Ofak
REED SMITH LLP
1650 Market Street
Philadelphia, PA 19103
tsuddath@reedsmith.com
tofak@reedsmith.com
(Attorneys for Defendants U.S. Protection and Investigations, LLC and Delmar Dwayne Spier)

Lisa A. Prager
WILSON, SONSINI, GOODRICH & ROSATI, PC
1700 K Street, NW
Fifth Floor
Washington, DC  20006
lprager@wsgr.com
(Attorney for Defendant Barbara Edens Spier)

                                             */s/* Brian Heslin

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

      v.                                       CRIMINAL NO. CR-08-306

UNITED STATES PROTECTION
     AND INVESTIGATIONS, LLC,
DELMAR DWAYNE SPIER,
BARBARA EDENS SPIER,
WILLIAM FELIX DUPRE, and
BEHZAD MEHR,

          Defendants.

## **ORDER**

AND NOW, this _____ day of March, 2010, upon consideration of Defendant William F. Dupre's Motion to Compel Immediate Disclosure of Rule 16, *Brady*, and *Giglio*, Material, it is hereby

ORDERED

that the Motion is GRANTED and the government shall produce the following information immediately upon entry of this Order:

    1.    Any remaining discovery materials that should have been turned over pursuant to Fed. R. Crim. P. 16;

    2.    Any and all materials, communications, statements, information, FBI 302s, and handwritten and informal notes from interviews with Mr. Dupre's co-defendants Mr. Delmar Spier, Mrs. Barbara Spier, and Mr. Behzad Mehr and any other alleged unindicted co-conspirators, including Mr. Daniel Bayes, that are in anyway favorable to Mr. Dupre, including information that is favorable to Mr. Dupre on the issues of guilt and/or punishment from both a

substantive perspective and an impeachment perspective and material tending to discredit the government's witnesses;

3. Any and all materials, communications, statements, information, FBI 302s, handwritten and informal notes from interviews with, and grand jury testimony from any current or former employee of Louis Berger Group, Inc., any current or former employee of USAID, and any other witness, regardless of whether the government intends to call that witness, that is in anyway favorable to Mr. Dupre, including information that is favorable to Mr. Dupre on the issues of guilt and/or punishment from both a substantive perspective and an impeachment perspective and material tending to discredit the government's witnesses;

4. Details of any immunity or other leniency agreements or, conversely, of any threats or indications of adverse action, between the government and any government witnesses including, but not limited to, Daniel Bayes, Patrick Gleason, David Phelan, Delmar Spier, and Barbara Eden Spier; and

5. Details of any agreements to communicate with authorities in other jurisdictions, including authorities in other countries, on behalf of a government witness.

BY THE COURT:

_____
Judge Rosemary M. Collyer